UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| G. MEMO VERA, | Case No. 2:18-07634 JAK (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CHRISTIAN PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the records and files herein, along with the Report and Recommendation dated May 8, 2019 [Dkt. No. 26], of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 26] is accepted;

2. The Petition is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: September 5, 2019

_____
JOHN A. KRONSTADT
United States District Judge