JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| G. MEMO VERA, | Case No. 2:18-07634 JAK (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: September 5, 2019

_____
JOHN A. KRONSTADT
United States District Judge